SP
F. #2025R00217

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

IMAM NAKHMATULLAEV,
SVJATOSLAV JAKOVLEV,
ERIK JUERGENS,
also known as "Erik Jurgens,"
JAAN JUERGENS,
also known as "Jaan Jurgens,"
ILJA KARUNAS,
JURI KARUNAS,
JASON ONOUFRIENKO,
RENEK TIKU,
VLADISLAV TURASKIN,
KEVIN VALDHANS, and
VJATSESLAV ZOGOLEV,

Defendants.

25-CR-203 (RPK) (JRC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorney Sara E. Porter from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

Trial Attorney Sara E. Porter
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 257-6778
Email: sara.porter@usdoj.gov

In addition, the Clerk of Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Sara E. Porter at the email address set forth above.

Dated: October 3, 2025

Respectfully submitted,

LORINDA LARYEA
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: /s/ Sara E. Porter
Sara E. Porter
Trial Attorney
U.S. Department of Justice

cc: Clerk of the Court